# MEMORANDUM DECISIONS.

ADAMS, Appellant, v. POTTER et al., Respondents. (Supreme Court, Appellate Division, Third Department. December 1, 1903.) Action by William Adams against Fred E. Potter and Jacob Sauter, doing business as the Roseville Mining & Paint Company. No opinion. Judgment and order of the county court affirmed, with costs.

ALLABEN, Respondent, v. KITTLE et al., Appellants. (Supreme Court, Appellate Division, Third Department. November 11, 1903.) Action by Charles S. Allaben, administrator with the will annexed of Orson M. Allaben, deceased, against Emily Kittle and Willard E. Kittle. No opinion. Judgment unanimously affirmed, with costs.

ALLEN, Respondent, v. HOME BANK, Appellant, et al. (Supreme Court, Appellate Division, First Department. November 13, 1903.) Action by Aaron C. Allen against the Home Bank and others. From a judgment for plaintiff, and an order denying a new trial, defendant bank appeals. Reversed. John M. Bowers, for appellant. Herman Aaron, for respondent. Richard H. Mitchell, for defendant Allen.

PER CURIAM. For the reasons stated in the opinion in Allen v. Corn Exchange Bank (decided herewith) 84 N. Y. Supp. 1001, the judgment and order must be reversed and a new trial ordered with costs to appellant to abide the event.

AMERICAN PUBLISHERS' CORP. v. MUNRO et al. (Supreme Court, Appellate Division, First Department. November 13, 1903.) Action by American Publishers' Corporation against George W. Munro and others. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

In re ANDERSON. (Supreme Court, Appellate Division, First Department. October 23, 1903.) In the matter of Julia A. Anderson. William H. Corbin, for appellant. Albin E. Anderson, for respondent. No opinion. Motion granted.

ANDERSON, Respondent, v. STEINSON, Appellant. (Supreme Court, Appellate Term. June 22, 1903.) Action by Harry A. Anderson against George Steinson. From a judgment in favor of plaintiff, defendant appeals. Affirmed. George Steinman, for appellant. Harry A. Anderson, pro se.

MacLEAN, J. The right of every man to be his own lawyer is not to be abridged. As little is it to be abused. In this action the defendant, a schoolmaster, but otherwise a layman, "not being a lawyer in the sense of being admitted to the bar, but knowing a great deal about the law in the last 10 or 12 years," having suffered judgment in an action brought against him by a former counsel, betook himself for aid in preparing his case on appeal to another attorney in the law, and with him made a bargain concerning compensation for specified services. For these he paid upon rendition according to the terms bargained; but for other services he refused to pay, calling them valueless and of no use to him. The evidence really relevant to the direct issue of services and their value occupies but a modicum of the case on appeal, tediously swollen with matter extraneous to the controversy, and indicating anew that an amateur practitioner at the bar should heed, and be held to heed, the first section, relating to appearances in court, in the statute of procedure, declaring that a party prosecuting or defending in person is amenable to each provision of the act wherein the attorney for a party is mentioned, unless therein otherwise prescribed, or manifestly repugnant to the context. The defendant and his case were entertained with seriousness and leniency throughout by the learned trial justice, who fairly submitted all matters offered, with a charge of unusual fullness, to the jury, whose verdict is not to be disregarded for merely multifarious criticism, supported by no tenable objection and exception. Judgment affirmed, with costs to the respondent. All concur.

ARLINGTON CO., Appellant, v. COLONIAL ASSUR. CO., Respondent. (Supreme Court, Appellate Division, First Department. October 23, 1903.) Action by the Arlington Company against the Colonial Assurance Company. George Richards, for appellant. W. B. Ellison, for respondent. No opinion. Judgment affirmed, with costs.

ARTHUR, Respondent, v. SIRE, Appellant. (Supreme Court, Appellate Division, First Department. November 20, 1903.) Action by Daniel V. Arthur against Henry B. Sire. F. Bien, for appellant. W. A. Keener, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

AYER et al., Appellants, v. DAVIS, Respondent. (Supreme Court, Appellate Division, First Department. November 6, 1903.) Action by J. Morris Ayer and others against Owen Davis. H. B. Culver, for appellants. B. Tuska, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

INGRAHAM and LAUGHLIN, JJ., dissent.